UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JAMES M. TIBOR,<br><br>  Plaintiff,<br><br>v.<br><br>MIRAMED REVENUE GROUP, LLC,<br><br>  Defendant. | Case No. 2:21-cv-00273-TLS-JEM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JAMES M. TIBOR and the Defendant MIRAMED REVENUE GROUP, LLC, through their respective counsel that the above-captioned action is dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 29, 2022                                    Respectfully Submitted,

| | |
|---|---|
| JAMES M. TIBOR<br>/s/ Mohammed O. Badwan<br>Mohammed O. Badwan<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>(630)-575-8180<br>mbadwan@sulaimanlaw.com<br>*Counsel for Plaintiff* | MIRAMED REVENUE GROUP, LLC<br>/s/ Christopher J. Ryan<br>Christopher J. Ryan<br>DICKINSON WRIGHT, PLLC<br>350 S. Main Street, STE 300<br>Ann Arbor, MI 48104<br>(734) 623-1907<br>cryan@dickinson-wright.com<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
*Counsel for Plaintiff*
